IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


FUSARO                              :        CIVIL ACTION
                                    :
                                    :
  v.                                :
                                    :
                                    :
USA                                 :        NO. 02-4698


O R D E R


        AND NOW, this 6th day of September, 2002, in accordance with the court's

procedure for random reassignment of cases, it is hereby

                ORDERED that the above-captioned case is reassigned from the calendar of

the Honorable Bruce W. Kauffman to the calendar of the Honorable Timothy J. Savage.



                        FOR THE COURT:

                        JAMES T. GILES
                        Chief Judge

                        ATTEST:


                        _____
                        MICHAEL E. KUNZ
                        Clerk of Court