UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARISA FUSARO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 02CV4698 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**PRAECIPE**

Defendant United States Postal Service respectfully requests the Court to replace the Order supplied with defendant's Motion to Strike and Incorporated Memorandum of Law, filed on September 18, 2002, with the Order attached to this praecipe. The original Order contained an error.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney

_____
BARBARA ROWLAND
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8311 Telephone
(215) 861-8349 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that on the _____ day of September 2002, I caused a true and correct copy of the foregoing Praecipe and Order to be served by first-class United States mail, postage prepaid, upon the following:

>Milton J. Frank, Esquire
>Milton J. Frank & Associates
>1831 Chestnut Street, 3rd Floor
>Philadelphia, PA  19103

_____
Barbara Rowland

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARISA FUSARO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 02CV4698 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW on this _____ day of _____, 2002, upon consideration of Defendant United States' Motion to Strike, it is hereby ORDERED that plaintiff Marisa Fusaro's demand for a jury trial in the Complaint is stricken for the reasons set forth in the United States' motion to strike and incorporated memorandum of law.

_____
U.S.D.J.