**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARISA FUSARO | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| | : | NO. 02-CV-4698 |
| | : | |
| | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| Defendant | : | |

### *ORDER*

AND NOW, this 2nd day of October, 2002, upon consideration of Defendant's Motion to Strike, it is hereby **ORDERED** that plaintiff Marisa Fusaro's demand for a jury trial is stricken, pursuant to 28 U.S.C. § 2402.

BY THE COURT:

_____
TIMOTHY J. SAVAGE, J.