IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARISA FUSARO | : | CIVIL ACTION |
| v. | : | |
| | : | No. 02-4698 |
| UNITED STATES OF AMERICA | : | |
| | : | |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Friday, January 10, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

          Michael E. Kunz
          Clerk of Court

By:_____
Stephen Sonnie
Deputy Clerk
Phone: 267-299-7074

Date: October 24, 2002

Copies:   Harry Grace, Courtroom Deputy to Judge Savage
Docket Clerk - Case File

    Counsel:   Milton J. Frank, Esq.
                   Barbara Rowland, Esq.

ARB2.FRM