IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Marisa Fusaro | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4698 |
| United States of America | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on * Thursday, February 6, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

                                                                                          Michael E. Kunz
                                                                                          Clerk of Court

* Case continued from 1/10/03

                                                                                          By:_____
                                                                                         Tashia C. Irving
                                                                                         Deputy Clerk
                                                                                         Phone:267-299-7071

Date: January 3, 2003

Copies:      Harry Grace, Courtroom Deputy to Judge Timothy J. Savage
                 Docket Clerk - Case File

                 Counsel:           Milton J. Frank, Esq.
                                                 Barbara Rowland, Esq.

ARB2.FRM