IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARISA FUSARO,** | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO. 02-CV-4698 |
| vs. | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| Defendant | : | |

## ORDER

AND NOW on this 3rd day of February, 2003, upon consideration of the United States' Motion to Strike or, Alternatively, Motion for an Extension of Time (Doc. No. 10), and plaintiff's lack of opposition to an extension of time,

**IT IS ORDERED** that the United States shall have an additional thirty (30) days to conduct discovery relating to the expert medical report of Dr. Randall N. Smith dated December 13, 2002, including requiring plaintiff to undergo a defense medical examination within thirty (30) days. **IT IS FURTHER ORDERED** that the arbitration of this matter shall be re-scheduled within sixty (60) days.

No further continuances will be granted.

_____
TIMOTHY J. SAVAGE, J.