IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Maria Fusaro | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4698 |
| United States of America | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on * April 7, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Case continued for 60 days per Judge's Order
2nd continuances (last hearing scheduled 2/6/03)

By:_____
Tashia C. Irving
Deputy Clerk
Phone: 267-299-7071

Date: February 12, 2003

Copies:   Harry Grace, Courtroom Deputy to Judge Timothy J. Savage
Docket Clerk - Case File

  Counsel:   Milton J. Frank, Esq.
Barbara Rowland, Esq.

ARB2.FRM